

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Expunction of A.L.,     * From the 441st District Court
         of Midland County,
         Trial Court No. CV56100.

No. 11-20-00048-CV                    * December 16, 2021

                                     * Memorandum Opinion by Trotter, J.
                                     (Panel consists of: Bailey, C.J.,
                                     Trotter, J., and Williams, J.)

       This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court and remand this cause to the trial court with instructions to grant Appellant's petition for expunction.